Form 3A
(10/05)

# United States Bankruptcy Court
### Northern District of Illinois

In re   Roberta J Klinefelter                                    Case No.
                    Debtor(s)                                    Chapter   13

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ 274.00  in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $         68.50   Check one   ■ With the filing of the petition, or
                                 ☐ On or before _____

   $         68.50   on or before _____

   $         68.50   on or before _____

   $         68.50   on or before _____

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date  August 22, 2007                           Signature  /s/ Roberta J Klinefelter
                                                           Roberta J Klinefelter
/s/ WILLIAM L. BALSLEY                                     Debtor
Attorney for Debtor(s)
WILLIAM L. BALSLEY
Balsley & Dahlberg, LLP
5130 North Second Street
Loves Park, IL 61111
(815) 877-2593
Fax: (815) 877-7965
www.balsleylawoffice.com