**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINIOS**

In re: ROBERTA J. KLINEFELTER   §   Case No. 07-72003
　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　§
　　　　Debtors　　　　　　　　§

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/23/2007.

2) The plan was confirmed on 11/27/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 12/11/2008.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/06/2009, 01/05/2010, 05/03/2011, 11/04/2011, 11/07/2011, 11/09/2011, 06/04/2012.

5) The case was completed on 07/16/2012.

6) Number of months from filing or conversion to last payment: 58.

7) Number of months case was pending: 62.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $3,800.00.

10) Amount of unsecured claims discharged without full payment: $55,542.37.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

|  |  |  |
|---|---:|---:|
| Total paid by or on behalf of the debtor | $ 8,195.00 |  |
| Less amount refunded to debtor | $ 8.52 |  |
| **NET RECEIPTS** |  | $ 8,186.48 |

### Expenses of Administration:

|  |  |  |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 2,700.00 |  |
| Court Costs | $ 0.00 |  |
| Trustee Expenses & Compensation | $ 487.43 |  |
| Other | $ 0.00 |  |
| **TOTAL EXPENSES OF ADMINISTRATION** |  | $ 3,187.43 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 |  |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| BALSLEY & DAHLBERG LLP | Lgl | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| BLACKHAWK STATE BANK | Sec | 4,000.00 | 4,750.00 | 4,000.00 | 4,000.00 | 999.05 |
| BLACKHAWK STATE BANK | Uns | 0.00 | 0.00 | 750.00 | 0.00 | 0.00 |
| HEIGHTS FINANCE | Uns | 1,866.00 | 1,777.64 | 1,777.64 | 0.00 | 0.00 |
| ROYCE FINANCIAL | Uns | 600.00 | NA | NA | 0.00 | 0.00 |
| SECURITY FINANCE | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA | Uns | 648.00 | NA | NA | 0.00 | 0.00 |
| AMCORE BANK, N.A. | Uns | 275.14 | NA | NA | 0.00 | 0.00 |
| ASPIRE VISA GOLD | Uns | 964.68 | 964.68 | 964.68 | 0.00 | 0.00 |
| BELVIDERE CLINIC | Uns | 1,127.40 | 123.40 | 123.40 | 0.00 | 0.00 |
| BERIATRIC TREATMENT CENTER | Uns | 430.09 | NA | NA | 0.00 | 0.00 |
| BLACKHAWK STATE BANK | Uns | 121.99 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 205.95 | 6,268.04 | 6,268.04 | 0.00 | 0.00 |
| CAPITAL ONE | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| COTTONWOOD FINANCIAL | Uns | 1,082.14 | 1,082.14 | 1,082.14 | 0.00 | 0.00 |
| CBCS | Uns | 341.74 | NA | NA | 0.00 | 0.00 |
| CHECK N GO OF ILLINOIS | Uns | 536.83 | NA | NA | 0.00 | 0.00 |
| CHECKS FOR CASH | Uns | 400.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| COMED | Uns | 965.03 | 515.18 | 515.18 | 0.00 | 0.00 |
| CREDITOR SERVICES | Uns | 2,924.36 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 80.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 318.54 | 819.85 | 819.85 | 0.00 | 0.00 |
| FINGERHUT CREDIT ADVANTAGE | Uns | 3,500.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 1,400.00 | NA | NA | 0.00 | 0.00 |
| FREEPORT EYE DOCTOR | Uns | 81.00 | NA | NA | 0.00 | 0.00 |
| HIP & THIGH SCULPTOR / BODY BY | Uns | 444.50 | NA | NA | 0.00 | 0.00 |
| LAW OFFICES OF MITCHELL N. KAY | Uns | 318.40 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 252.50 | 1,520.45 | 1,520.45 | 0.00 | 0.00 |
| NICOR GAS | Uns | 739.49 | 1,263.69 | 1,263.69 | 0.00 | 0.00 |
| NATIONAL CAPITAL MANAGEMENT | Uns | 1,000.00 | 903.30 | 903.30 | 0.00 | 0.00 |
| OSF LIFELINE AMBULANCE | Uns | 409.00 | NA | NA | 0.00 | 0.00 |
| OSF ST. ANTHONY MEDICAL | Uns | 459.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIANS IMMEDIATE CARE | Uns | 280.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 865.76 | 783.64 | 783.64 | 0.00 | 0.00 |
| PRAIRIE STATE BANK | Uns | 650.00 | NA | NA | 0.00 | 0.00 |
| PROVIDIAN | Uns | 1,500.00 | NA | NA | 0.00 | 0.00 |
| PSYCHIATRIC CLINIC OF NO IL | Uns | 256.25 | NA | NA | 0.00 | 0.00 |
| R. MARK LINDMAN DDS | Uns | 143.25 | NA | NA | 0.00 | 0.00 |
| ROCKFORD GASTROENTEROLOGY | Uns | 625.61 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 80.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH SYSTEMS | Uns | 1,800.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD PSYCHIATRIC | Uns | 132.00 | NA | NA | 0.00 | 0.00 |
| SAFEWAY INC. | Uns | 183.68 | NA | NA | 0.00 | 0.00 |
| SIMM ASSOCIATES, INC. | Uns | 2,089.65 | NA | NA | 0.00 | 0.00 |
| ST. ANTHONY MEDICAL CENTER | Uns | 829.89 | NA | NA | 0.00 | 0.00 |
| SUPERIOR AIR GROUND AMB | Uns | 468.80 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 5,342.34 | NA | NA | 0.00 | 0.00 |
| TEDS APPLIANCE | Uns | 81.20 | NA | NA | 0.00 | 0.00 |
| THE SLEEZER HOME | Uns | 1,060.00 | NA | NA | 0.00 | 0.00 |
| TRS RECOVERY SERVICES | Uns | 779.64 | NA | NA | 0.00 | 0.00 |
| UIC CLINICS | Uns | 78.00 | NA | NA | 0.00 | 0.00 |
| WINTER & ASSOCIATES PROPERTY | Uns | 3,592.00 | NA | NA | 0.00 | 0.00 |
| CHARLES KLINEFELTER | Uns | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Scheduled Creditors: | | | | | | |
|---|---|---|---|---|---|---|
| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
| ASPIRE VISA GOLD | Uns | 0.00 | 964.68 | 0.00 | 0.00 | 0.00 |
| CHECK IT | Uns | 0.00 | 75.50 | 75.50 | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 0.00 | 4,252.50 | 4,252.50 | 0.00 | 0.00 |

<u>Summary of Disbursements to Creditors:</u>

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 4,000.00 | $ 4,000.00 | $ 999.05 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 4,000.00 | $ 4,000.00 | $ 999.05 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 21,100.01 | $ 0.00 | $ 0.00 |

<u>Disbursements:</u>

| | |
|---|---|
| Expenses of Administration | $ 3,187.43 |
| Disbursements to Creditors | $ 4,999.05 |
| **TOTAL DISBURSEMENTS:** | $ 8,186.48 |

UST Form 101-13-FR-S (9/1/2009)

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  10/24/2012            By:  /s/ Lydia S. Meyer
                                                   Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.